1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8  **UNITED STATES DISTRICT COURT
   DISTRICT OF NEVADA**
9

| | |
|---|---|
| PAMELA HUMPHREY, | Case No. 2:21-cv-01482-JCM-DJA |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC, | |
| Defendants. | **FIRST REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from September 3, 2021 through and including **October 4, 2021**.  The request was made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the

. . .

. . .

. . .

. . .

. . .

1  Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause
2  delay.
3       Respectfully submitted, this 2nd day of September, 2021.
4
5  CLARK HILL PLLC

6  By: /s/Jeremy J. Thompson
7  Jeremy J. Thompson
   Nevada Bar No. 12503
8  3800 Howard Hughes Pkwy,
   Suite 500
9  Las Vegas, NV 89169
   Tel: (702) 862-8300
10 Fax: (702) 862-8400
   Email: jthompson@clarkhill.com
11
12 *Attorney for Defendant Equifax Information Services LLC*
13
14 **No opposition**

/s/Mona Amini
Mona Amini, Esq.
Nevada Bar No. 15381
Gustavo Ponce, Esq.
Nevada Bar No. 15084
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, NV 89148
Phone: (800) 400-6808
Fax: (800) 520-5523
Email: mona@kazlg.com
Email: gustavo@kazlg.com

*Attorneys for Plaintiff*

15
16
17 IT IS SO ORDERED:
18 _____
19 United States Magistrate Judge
20 DATED: September 3, 2021
21
22
23
24
25
26
27
28

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of September, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com