**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA HUMPHREY, | Case No. 2:21-cv-01482-JCM-DJA |
| Plaintiff, | **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Pamela Humphrey ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1.      On August 10, 2021, Plaintiff filed her Complaint.  The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is September 3, 2021.

2.       On September 2, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

3.      The parties are actively discussing a potential early resolution of this case, and the

4414351.1

1

1    parties believe an extension of this nature may save waste of the parties' time and expense. The

2    additional time will allow Plaintiff and Trans Union time to fully explore such early settlement

3    discussions.

4         4.    Moreover, Trans Union's counsel will need additional time to review the

5    documents and respond to the allegations in Plaintiff's Complaint.  This Joint Motion is made in

6    good faith and not for the purposes of delay.

7         5.    Plaintiff has agreed to extend the deadline in which Trans Union has to answer or

8    otherwise respond to Plaintiff's Complaint up to and including October 4, 2021.  This is the first

9    motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

10

Dated this 3rd day of September 2021.

11

12                                    QUILLING SELANDER LOWNDS
                                      WINSLETT & MOSER, P.C.

13

14                                    /s/ Jennifer Bergh
                                      Jennifer Bergh
15                                    Nevada Bar No. 14480
                                      2001 Bryan Street, Suite 1800
16                                    Dallas, Texas 75201
                                      Telephone: (214) 560-5460
17                                    Facsimile:  (214) 871-2111
                                      jbergh@qslwm.com
18                                    COUNSEL FOR TRANS UNION LLC

19

20                                    KAZEROUNI LAW GROUP, APC

21                                    /s/ Mona Amini
                                      Mona Amini
22                                    Nevada Bar No. 15381
                                      mona@kazlg.com
23                                    Gustavo E. Ponce
                                      Nevada Bar No. 15084
24                                    gustavo@kazlg.com
                                      6069 South Fort Apache Road, Suite 100
25                                    Las Vegas, Nevada 89148
                                      Telephone: (800) 400-6808
26                                    Facsimile:  (800) 520-5523
27                                    COUNSEL FOR PLAINTIFF

28

2

4414351.1

1

**ORDER**

2    The Joint Motion for Extension of Time for Trans Union LLC to file an answer or

3  otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

4

        Dated this ___7th___ day of _____September_____ 2021.

5

6

7  _____

  **DANIEL J. ALBREGTS**

8  **UNITED STATES MAGISTRATE JUDGE**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 3rd of September 2021, I filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Mona Amini
mona@kazlg.com
Gustavo E. Ponce
gustavo@kazlg.com
Kazerouni Law Group, APC
6069 S. Fort Apache Road, Suite 100
Las Vegas, NV 89148
(800) 400-6808
(800) 520-5523 Fax
*and*
Frank Howard Kerney, III
fkerney@forthepeople.com
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, Suite 700
(813) 223-5505 x3165
(813) 559-4831
*Counsel for Plaintiff*

Jeremy J. Thompson
jthompson@clarkhill.com
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
(702) 862-8300
(702) 862-8400 Fax
*Counsel for Equifax Information Services LLC*

_____
*/s/ Jennifer Bergh*
**JENNIFER BERGH**

4

4414351.1