```
CLARK HILL, PLLC
Gia N. Marina, Nevada Bar No. 15276
GMARINA@clarkhill.com
3800 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169
Telephone:    (702) 697-7527
Counsel for Defendant
EQUIFAX INFORMATION SERVICES LLC
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA HUMPHREY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC,<br><br>　　　　Defendants. | Case No. 2:21-cv-01482-JCM-DJA<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S SUBSTITUTION OF ATTORNEY** |

Defendant, Equifax Information Services LLC ("Equifax") HEREBY SUBSTITUTES

> GIA N. MARINA
> Nevada Bar No. 15276
> Email: gmarina@clarkhill.com
> **CLARK HILL PLLC**
> 3800 Howard Hughes Parkway, Suite 500
> Las Vegas, Nevada 89169
> Telephone:    (702) 862-8300
> Facsimile:    (702) 862-8400

as attorney of record in place and stead of

> JEREMY J. THOMPSON
> Nevada Bar No. 12503
> Email: Jthompson@clarkhill.com
> **CLARK HILL PLLC**
> 3800 Howard Hughes Parkway, Suite 500
> Las Vegas, Nevada 89169
> Telephone:    (702) 862-8300
> Facsimile:    (702) 862-8400.

1  Dated: December ___, 2021.                    *Kristin Zielmanski*
                                                 _Equifax Information Services_

2

3  I consent to the above substitution.

4  Dated: _12/20/2021_____, 2021.

5                                              CLARK HILL PLLC

6
                                               By: _/s/Jeremy J. Thompson_____
7                                              Jeremy J. Thompson
                                               Nevada Bar No. 12503
8                                              3800 Howard Hughes Pkwy, Suite 500
                                               Las Vegas, NV 89169
9                                              Tel: (702) 862-8300
                                               Fax: (702) 862-8400
10                                             Email: jthompson@clarkhill.com
                                               _Attorney for Defendant_
11                                             _Equifax Information Services LLC_

12
   I am duly admitted to practice in this District.  Above substitution accepted.
13  Dated: __Dec. 21_____, 2021.

14
                                               CLARK HILL PLLC
15

16                                             By: _/s/Gia N. Marina_____
                                               Gia N. Marina
17                                             Nevada Bar No. 15276
                                               3800 Howard Hughes Pkwy, Suite 500
18                                             Las Vegas, NV 89169
                                               Tel: (702) 862-8300
19                                             Fax: (702) 862-8400
                                               Email: gmarina@clarkhill.com
20                                             _Attorney for Defendant_
                                               _Equifax Information Services LLC_
21

22
   Retained.
23
                                               APPROVED:
24

25  Dated: December 22, 2021
                                               _____
26                                             United States Magistrate Judge

27

28
                                       2
   DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
   SUBSTITUTION OF ATTORNEY

   75007000v.1

## CERTIFICATE OF SERVICE

This is to certify that I have this 21st day of December, 2021 served a true and correct copy of the foregoing via email and US Mail to the following counsel of record:

Mona Amini, Esq.
Gustavo ponce, Esq.
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, suite 100
Las Vegas, Nevada 89148
mona@kazlg.com
gustavo@kazlg.com
*Attorneys for Plaintiff Pamela Humphrey*

/s/ Gia B. Marina
Gia N. Marina
Counsel for Defendant
Equifax Information Services LLC

75007000v.1