GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PAMELA HUMPHREY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EQUIFAX INFORMATION SERVICES LLC and TRANS UNION LLC,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01482-JCM-DJA<br><br>**JOINT STIPULATION FOR DISMISSAL OF DEFENDANT, EQUIFAX INFORMATION SERVICES LLC** |

   COMES NOW Plaintiff, PAMELA HUMPHREY and Defendants, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, EQUIFAX INFORMATION SERVICES LLC, in the above styled action,

/ /

/ /

/ /

/ /

/ /

/ /

/ /

with Plaintiff and EQUIFAX INFORMATION SERVICES LLC to bear their own attorney's fees, costs and expenses

Dated this 11th day of April, 2022.

| THE CONSUMER LAWYERS, PLLC | QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C. |
|---|---|
| By: */s/ Frank H. Kerney, III*<br>Frank H. Kerney, III<br>*Admitted Pro Hac Vice*<br>3210 W. Cypress St.<br>Tampa, FL 33607<br>Email:frank@theconsumerlawyers.com<br>Counsel for Plaintiff | By:*/s/ Rachael Swernofsky*<br>Rachael Swernofsky, NBN 15465<br>6900 N. Dallas Parkway, Ste. 800<br>Plano, TX 75024<br>Email:rswernofsky@qslwm.com<br>Counsel for Trans Union LLC |

**CLARK HILL, PLLC**

By:  */s/ Gia N. Marina*
Gia N. Marina, NBN 15276
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 8916
gmarina@clarkhill.com
Counsel for Defendant EQUIFAX INFORMATION SERVICES LLC

IT IS SO ORDERED.

Dated April 15, 2022

_____
United States District Judge

2

JOINT STIPULATION FOR DISMISSAL OF DEFENDANT, EQUIFAX INFORMATION SERVICES LLC
75007001v.1