**RACHAEL SWERNOFSKY**
Nevada Bar No. 15465
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5443
(214) 871-2111 Fax
rswernofsky@qslwm.com
*Counsel for Trans Union LLC*

**Designated Attorney for Personal Service**
Kurt Bonds, Esq., Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PAMELA HUMPHREY,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>Defendants. | Case No. 2:21-cv-01482-JCM-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Pamela Humphrey, and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Pamela Humphrey and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs to be paid by the party incurring same.

Dated June 22, 2022

**IT IS SO ORDERED**

*/s/ James C. Mahan*
_____
**HONORABLE JAMES C. MAHAN**
UNITED STATE DISTRICT JUDGE

5532011.1

Dated this 21st day of June, 2022.

| | |
|---|---|
| */s/ Rachael Swernofsky* | */s/ Frank H. Kerney, III* |
| Rachael Swernofsky | Mona Amini |
| Nevada Bar No. 15465 | mona@kazlg.com |
| Quilling Selander Lownds | Gustavo E. Ponce |
| Winslett & Moser, P.C. | gustavo@kazlg.com |
| 6900 N Dallas Parkway, Suite 800 | Kazerouni Law Group, APC |
| Plano, TX 75024 | 6069 S. Fort Apache Road, Suite 100 |
| (214) 560-5443 | Las Vegas, NV 89148 |
| (214) 871-2111 Fax | (800) 400-6808 |
| rswernofsky@qslwm.com | (800) 520-5523 Fax |
| **Counsel for Trans Union LLC** | and |
| | Frank H. Kerney, III |
| | fkerney@forthepeople.com |
| | Morgan & Morgan, Tampa, P.A. |
| | 201 N. Franklin Street, Suite 700 |
| | Tampa, FL 33602 |
| | (813) 577-4729 |
| | (813) 559-4831 Fax |
| | **Counsel for Plaintiff** |

5532011.1

1